UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

MARIAN CHARITUN,

Defendant.

-----------------------------------------------------------------X

Case No.: 2:26-mj-10105-ADS-1

**NOTICE OF MOTION TO DISMISS**

**Motion Date: 12/7/2026**

(Document Filed Electronically)

To: Timothy M. Lanni, Esq.
DOJ-USAO
970 Broad Street, Floor 700
Newark, NJ 07102
(973) 297-2071
timothy.lanni@usdoj.gov

**PLEASE TAKE NOTICE** that on **December 7, 2026** or as soon thereafter as counsel may be heard, Defendant MARIAN CHARITUN ("Defendant") shall appear before the Honorable Alex D. Silagi, U.S.M.J. of the United States District Court for the District of New Jersey, at the Frank R. Lautenberg U.S. Post Office & Courthouse, 2 Federal Square, Newark, NJ 07102 and shall move the Court pursuant to Rule 12 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, for an Order dismissing COUNT 1 (Voting by an Alien in a Federal Election) of the Criminal Complaint as 18 USC § 611 is facially unconstitutional and as-applied based on the uncontested fact that Defendant, as a non-citizen, is alleged to have voted in a federal midterm election on or about November 8, 2022 in the State of New Jersey, Middlesex County (rather than in the District of Columbia).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendant shall rely upon the Declaration of Darius A. Marzec, Esq. with supporting exhibits and Memorandum of Law. A proposed form of Order is also submitted for the Court's consideration.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Darius A. Marzec*
Darius A. Marzec, Esq.
Jerome Noll, Esq.
MARZEC LAW FIRM, P.C.
Attorneys for Defendant
57 West 57th Street, Suite 809
New York, NY 10019
(212) 267-0200
dmarzec@marzeclaw.com