**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Alex D. Silagi |
| | : | |
| v. | : | Mag. No. 26-10105 |
| | : | |
| MARIAN CHARITUN | : | |

## JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Pursuant to Title 18, United States Code, Section 3161, this matter having come before the Court on the joint application of Robert Frazer, United States Attorney for the District of New Jersey (Timothy M. Lanni, Assistant United States Attorney, appearing), and defendant Marian Charitun (Darius A. Marzec, Esq., appearing), the parties hereby move for an Order to exclude time and grant a continuance for 120 days under the Speedy Trial Act in accordance with Title 18, United States Code, Sections 3161(h)(1)(D) and (h)(7)(A) through March 2, 2027. In support thereof, the parties state as follows:

1. On June 30, 2026, Marian Charitun was charged via criminal complaint, issued by this Court, charging him with the following two counts: Count One, Title 18 U.S.C. § 611 - Voting by an Alien in a Federal Election and Count Two, Title 18 U.S.C. § 1425(a) - Procurement of Citizenship or Naturalization Unlawfully. This Court also issued an arrest warrant for Charitun for the two charges in the criminal complaint.

2. Defendant was arrested on July 2, 2026 and made his initial appearance in this Court.

3. On July 2, 2026, this Court released defendant on a $100,000 unsecured bond and imposed conditions of release. Additionally, on this date, upon joint application of the parties, this Court entered a continuance order of the Speedy Trial Act deadline until October 1, 2026 and excluded any time between July 2, 2026 and October 1, 2026 for Speedy Trial Act purposes.

4. Thereafter on September 17, 2026, upon a joint application of the parties, this Court entered a second continuance order for the Speedy Trial Act deadline. The September 17, 2026 order continued the Speedy Trial Act deadline until November 2, 2026 and excluded any time between October 1, 2026 and November 2, 2026 for Speedy Trial Act purposes.

5. The parties now move for a third Speedy Trial Act continuance under 18 U.S.C. § 3161(h)(7)(A) through March 2, 2027 and to exclude any time between November 2, 2026 and March 2, 2027 for Speedy Trial Act purposes.

6. Counsel for the parties represent that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

7. Counsel for the United States also represents that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

8. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

9. The defendant, through counsel, has consented to this continuance.

10. The parties submit that this continuance should be granted for the following reasons:

a. The charges in this case result from a lengthy investigation, and both the United States and the defendant desire time to discuss the matter, and any possible negotiations of a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

b. Defendant Marian Charitun has raised a constitutional challenge to the offense charged in Count 1 of the criminal Complaint, which may require extensive briefing and subsequent litigation.

c. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

d. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

*/s/ TIMOTHY M. LANNI*
TIMOTHY M. LANNI
Assistant U.S. Attorney

/s/ *DARIUS A. MARZEC*
DARIUS A. MARZEC, Esq.
Counsel for Marian Charitun

Dated: October 30, 2026